UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cr-00004-GFVT-MAS-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NATIVIDAD AGUILERA GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on its own motion. Attorney Jennifer L. Taylor currently represents Defendant Aguilera Garcia as retained counsel. On February 27, 2026, the Chief United States District Judge for the Eastern District of Kentucky David L. Bunning suspended Taylor from practice in the Eastern District for a period of one year. At this juncture, the Defendant's retained attorney cannot practice before this Court. The Court is concerned by this development given that the Defendant's jury trial begins on April 20, 2026. [R. 52].

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this matter is **REFERRED** to United States Magistrate Judge Matthew A. Stinnett for the purpose of ascertaining the status of counsel for the Defendant, including whether the appointment of a CJA panelist may be necessary, and conducting any such hearings as may be appropriate.

This 6th day of March, 2026.

                                                Gregory F. Van Tatenhove  
                                                United States District Judge