# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | NO. 3:24-CR-00004-GFVT-MAS |
| ) | |
| **NATIVIDAD AGUILERA GARCIA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On February 27, 2026, Defendant Natividad Aguilera Garcia's counsel of record, Jennifer L. Taylor, was suspended from practice in the Eastern District of Kentucky for a period of one year by Chief Judge Bunning. Thus, Taylor can no longer practice before this Court. The matter of Aguilera Garcia's representation moving forward was referred to the undersigned. [DE 58]. This Court previously reviewed Aguilera Garcia's CJA 23 financial affidavit and determined he qualifies for appointment of counsel under the Criminal Justice Act. [DE 12; 15; 17]. Accordingly,

**IT IS ORDERED** that Jennifer L. Taylor shall be **TERMINATED** as counsel of record in this matter.

**IT IS FURTHER ORDERED** that the Clerk's office shall appoint an attorney from the Criminal Justice Act panel non-complex list. The Clerk's office shall serve

a copy of this Order on the United States and on the appointed attorney, who shall provide a copy to Aguilera Garcia.

Signed this the 6th of March, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY